UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAVEN McGINTY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CAUSE NO. 3:19-CV-14-RLM-MGG |
| | ) |
| WARDEN, | ) |
| | ) |
| Respondent. | ) |

OPINION AND ORDER

Raven McGinty, a prisoner without a lawyer, filed a habeas corpus petition challenging his disciplinary sanctions in case ISP 18-10-304 in which a Disciplinary Hearing Officer found him guilty of possessing offensive materials in violation of Indiana Department of Correction policy B-246. He didn't lose any earned credit time; he wasn't demoted in credit class as a result of this disciplinary hearing. A prison disciplinary hearing can only be challenged in a habeas corpus proceeding if it resulted in the lengthening of the duration of confinement. Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary hearing didn't lengthen the duration of Mr. McGinty's confinement, habeas corpus relief isn't available in this case.

For these reasons, the petition (ECF 1) is DENIED pursuant to Section 2254 Habeas Corpus Rule 4. The clerk is DIRECTED to close the case.

SO ORDERED on January 23, 2019

                                        /s/ Robert L. Miller, Jr.
                                       JUDGE
                                       UNITED STATES DISTRICT COURT